*944 542 U. S. 936;
543 U. S. 447;
543 U. S. 1022;
543 U. S. 1089;
543 U. S. 1055;
543 U. S. 1056;
543 U. S. 923;
543 U. S. 1123;
543 U. S. 991;
543 U. S. 1109;
543 U. S. 1111;
543 U. S. 1048;
543 U. S. 1061;
543 U. S. 1062;
543 U. S. 1062;
543 U. S. 1048;
543 U. S. 1048;
543 U. S. 1062;
543 U. S. 1048;
543 U. S. 1048;
543 U. S. 1048;
543 U. S. 1066;
543 U. S. 1069;
543 U. S. 1048;
543 U. S. 1048;
543 U. S. 1088;
543 U. S. 1088;
543 U. S. 1088;
543 U. S. 1088;
543 U. S. 1088;
543 U. S. 1126;
543 U. S. 1127;
543 U. S. 1078;
*945 No. 04-7526.
No. 04-7529.
No. 04-7559.
No. 04-7581.
No. 04-7696.
No. 04-7776.
No. 04-7777.
No. 04-7811.
No. 04-7819.
No. 04-7838.
543 U. S. 1127;
543 U. S. 1079;
543 U. S. 1094;
543 U. S. 1048;
543 U. S. 1128;
543 U. S. 1129;
543 U. S. 1129;
543 U. S. 1130;
543 U. S. 1130; and
543 U. S. 1131. Petitions for rehearing denied.